# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,
  ex rel DAVID F. ANTOON, et al.,

        Plaintiffs,           :          Case No. 3:10-cv-045

                                        District Judge Thomas M. Rose

    -vs-                         Magistrate Judge Michael R. Merz

                          :

CLEVELAND CLINIC FOUNDATION,
  et al.,

        Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 26, 2010, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this case be dismissed without prejudice for want of prosecution.

November 29, 2010.                    ***s/THOMAS M. ROSE***

                                            _____

                                              Thomas M. Rose
                                     United States District Judge